Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **NICK A. NICOCIA,** | Civil No. 6:12-CV-00147-BR |
| Plaintiff, | |
| vs. | **ORDER FOR ATTORNEY FEES PURSUANT TO EAJA** |
| Commissioner of Social Security Administration, | |
| Defendant. | |

After considering the Stipulated Motion of the parties submitted herein, Order hereby grants that Commissioner shall pay the sum of $4495.55 in attorney fees and expenses of $19.29 (Service costs), for a total of $4514.84, upon verification that Plaintiff has no debt to the government which qualifies for offset against the awarded fees, pursuant to the reasoning in *Astrue v. Ratliff,* ___ U.S. ___, 130 S. Ct. 2521, 2527 (2010) (EAJA awards fees subject "to a federal administrative offset if the Litigant has outstanding federal debts") for full settlement of

1 -- ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

all claims for fees under EAJA. Costs for court filing-fees shall be awarded to Plaintiff attorney in the sum of $350.00 pursuant to 28 U.S.C. §1920.

If Plaintiff has no outstanding federal debt, payment of $4495.55 in attorney fees, $19.29 in costs plus $350.00 reimbursement of Court filing-fees shall be made to Plaintiff's attorney and mailed to his office at 1700 Valley River Drive, Eugene, OR 97401. If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office at the address provided above.

IT IS SO ORDERED this 30th day of april, 2013

_____
U.S. District Judge

PRESENTED BY:

By:  /s/ DREW L. JOHNSON
     Drew L. Johnson, OSB #75200
     Of Attorneys for Plaintiff

2 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA